February 24, 1977.

M. P. No. 77-33. JOHN RECTOR *v.* DIRECTOR OF THE DEPARTMENT OF EMPLOYMENT SECURITY *et al.* Petition for certiorari is granted and the writ shall issue forthwith. Joslin, J., not participating. *Neal R. Haber,* for plaintiff-respondent. *Irving J. Bilgor,* Legal Counsel, Board of Review, for defendants-petitioners.

M. P. No. 77-43. GERTRUDE M. JAYNE FOWLER *v.* TITLE INVESTMENT CO. OF AMERICA. Motion of plaintiff pursuant to Rule 8, for a stay of judgment pending appeal is granted, upon condition that the plaintiff file a bond with this court in the amount of $5000 with proper surety, forthwith. *John Quattrocchi III,* for plaintiff. *John E. Martinelli,* for defendant.

M. P. No. 77-49. GILBANE BUILDING COMPANY *v.* VINCENT CIANCI, JR. *et al.* Motion of defendant for a stay is assigned to the calendar for March 11, 1977, 9:30 a.m., for oral argument. *Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for plaintiff. *Gerald G. Norigian,* Assistant City Solicitor, *Abedon & Visconti Ltd., Girard R. Visconti,* for Capaldi Bros. Corporation-Campanella Corporation, defendants.

M. P. No. 77-53. GEORGE CHAPDELAINE *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus is denied without prejudice, see *Mello* v. *Superior Court,* 117 R.I. 578, 370 A.2d 1262 (1977). *Milton L. Szarck,* for plaintiff. *Julius C. Michaelson,* Attorney General, for defendant.